```
McGREGOR W. SCOTT
United States Attorney
THOMAS E. FLYNN
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2727
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN C. COLLINS, | ) | |
| | ) | |
| Petitioner, | ) | 1:05-cv-00094-AWI-TAG HC |
| | ) | |
| v. | ) | RESPONDENT'S REQUEST TO FILE |
| | ) | PRESENTENCE REPORT UNDER SEAL |
| PAUL M. SCHULTZ, | ) | AND ORDER THEREON |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On May 23, 2005, respondent filed its opposition to Collins' §2241 petition. One of the documents referenced in that response is a presentence report filed in the Western District of Washington criminal case against Collins. Since this Court's own local rules require presentence reports to be maintained in a confidential manner, Local Criminal Rule 32-460, respondent requests that it be allowed to file this presentence report under seal.

```
DATED: May 24, 2005              McGREGOR W. SCOTT
                                 United States Attorney


                         By:  /s/ THOMAS E. FLYNN
                              THOMAS E. FLYNN
                              Assistant U.S. Attorney
                              Chief of Appeals
```

**O R D E R**

The presentence report referenced in Respondent's response to Petitioner's §2241 petition is hereby ordered filed under seal in accordance with Rule 39-141 of the Local Rules of the United States District Court Eastern District of California.

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   May 24, 2005** | **/s/ Theresa A. Goldner** |
| j6eb3d | UNITED STATES MAGISTRATE JUDGE |