# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. COLLINS,<br><br>        Petitioner,<br><br>v.<br><br>PAUL SHULTZ,<br><br>        Respondent. | 1:05-CV-0094 AWI JMD HC<br><br>**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

    Petitioner Steven C. Collins is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On October 17, 2007, the court served Plaintiff with an order reassigning this action to a new Magistrate Judge. However, the pleadings were returned to the Court by the U.S. Postal Service on October 30, 2007, marked "Undeliverable - No Longer At This Facility."

    Pursuant to Local Rule 83-183(b), a party appearing in propria persona is required to keep the court apprised of his or her current address at all times. Local Rule 83-183(b) provides, in pertinent part:

> If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty (60) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

In the instant case, well over sixty days has passed since Plaintiff's mail was returned and he has not notified the court of a current address. Accordingly, the Court HEREBY ORDERS:

1. Plaintiff to SHOW CAUSE within TWENTY (20) days of the date of service of this Order, why the action should not be dismissed for failing to prosecute by keeping the court apprised of his current address.

2. Petitioner is forewarned that his failure to comply with this order will result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

Dated:   February 26, 2008              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE